**Order filed February 14, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01007-CV
_____

## DORA BURNETT, Appellant

## V.

## PACIFIC EMPLOYERS INSURANCE COMPANY, ET AL AND ACE AMERICAN INSURANCE COMPANY, ET AL, Appellees

On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2011-31924

# O R D E R

Appellant's brief was due January 28, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 18, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM